UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JAY FRANKLIN,** | **CASE NO.   3:12-cv-074** |
| Plaintiff, | **Judge Timothy S. Black** |
| | **Magistrate Judge Michael R. Merz** |
| -vs- | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the Magistrate Judge (Doc. 12) is **ADOPTED**; the Commissioner's Objections (Doc. 13) are **OVERRULED**;   that the Commissioner's Decision that the Plaintiff was not Disabled is **REVERSED**, and this case is **REMANDED** for the payment of benefits; and that the case is **CLOSED** from the docket of the Court.

Date: January 11, 2013                                         **JOHN P. HEHMAN, CLERK**

                                                                                    By: *s/ M. Rogers*
                                                                                    Deputy Clerk